ent, v. Abraham M. Levy, Appellant.— Judgments affirmed, with costs.' No opinion.

The People of the State of New York, Respondent, v. Nat Shirley, Appellant.— Judgment affirmed. No opinion.

William Nolan, Appellant, v. The City of New York, Defendant.— Exceptions overruled and motion for new trial denied, with costs. No opinion. Order to be settled on notice.

The People of the State of New York, Respondent, v. Adolf Kobitzsch, Appellant.— Judgment affirmed. No opinion.

Adolph Streitfeld, Respondent, v. Charles L. Levi and Joseph B. Levi, Appellants.— Judgment affirmed, with costs. No opinion.

Meyer Feigin, Appellant, v. Herman Kues and Otto Kues, Respondents. — Judgment affirmed, with costs. No opinion. (Laughlin and Clarke, JJ., dissented.)

Anton H. Meyer, as Assignee for the Benefit of Creditors of United States Restaurant and Realty Company, Respondent, v. David A. Schulte and Rose Schulte, Comprising the Firm of Schulte & Company, Appellants — Judgment modified by striking out extra allowance and as modified affirmed, with costs to respondents. No opinion. Order to be settled on notice.

Katherine Esbach, by Guardian, Appellant, v. Moses S. Levussove Respondent.— Judgment affirmed, with costs. No opinion.

Selim F. Zaloom, Respondent, v. Beshara Ganim and Shaker Ganim, Appellants.— Determination affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. William Sullivan, Appellant.— Judgment affirmed. No opinion.

John A. MacLellan and Others, Copartners, Trading under the Firm Name and Style of James Watson & Company, Respondents, v. William L. Stow, Impleaded with Henry Coolidge, Appellant.— Judgment and order affirmed, with costs. No opinion.

Mabel C. Hastings, Respondent, v. Underwriters Realty and Title Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Emma Sweeney, Respondent, v. Hecker-Jones-Jewell Milling Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

James M. Elliott, Jr., Appellant, v. Martin S. Paine, Respondent.— Judgment and order affirmed, with costs. No opinion.

Mackeown & McBurnie, Incorporated, Respondent, v. Richard Roth, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. George Kimball, Relator, v. Calvin Tomkins, as Commissioner of Docks of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Bessie Clark, Appellant, v. D. Edwin O'Neill, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs.

Albert Heppenstall and Others, as Trustees for Luke Gledhill and Com-